UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY LEE STRELZ, | No. 2:19-cv-0183 DB P |
| Plaintiff, | |
| v. | ORDER |
| JACKSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On July 30, 2019 the court referred this case to the post-screening ADR project and stayed these proceedings for the purpose of conducting a settlement conference. (ECF No. 17.) On October 3, 2019, the parties participated in a settlement conference that did not resolve this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of this action is lifted; and
2. By separate order the court will set a schedule for these proceedings.

Dated: October 4, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/stre0183.post adr lift stay

1