UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY LEE STRELZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JACKSON, et al.,<br><br>    Defendants. | No. 2:19-cv-0183 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff is incarcerated at Pelican Bay State Prison.[1] In October, plaintiff was transferred to California State Prison-Sacramento ("CSP-Sac") so that he could participate in a settlement conference. Plaintiff has requested an order permitting him to remain at CSP-Sac. Plaintiff is advised that he does not have a right to a particular place of incarceration and prison officials, not this court, have the discretion to transfer him.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to remain at CSP-Sac (ECF No. 26) is denied.

---

[1] The docket in this case reflects that plaintiff is incarcerated at North Kern State Prison. However, plaintiff's recent filing indicates that he is now incarcerated at Pelican Bay. The California Department of Corrections' website confirms that plaintiff's current place of incarceration is Pelican Bay. This court will direct the Clerk to change plaintiff's address on the docket. Plaintiff is reminded that if he is transferred out of Pelican Bay, he must inform the court of the change of address. See E.D. Cal. R. 182(f).

1

2. The Clerk of the Court shall change plaintiff's address on the docket to Pelican Bay State Prison.

Dated: November 14, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/stre0183.transfer