UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY LEE STRELZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JACKSON, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0183 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges Eighth Amendment claims of excessive force and deliberate indifference to his serious medical needs when he was incarcerated at California State Prison-Solano. In an order filed January 6, 2020, this court granted plaintiff's request for an extension of the deadlines set out in the court's Discovery and Scheduling Order. (ECF No. 32.) Plaintiff had shown that he did not have access to his legal materials.

At the court's request, counsel for defendants contacted the litigation coordinator at Pelican Bay State Prison, where plaintiff is currently incarcerated, to determine the status of plaintiff's legal materials. Defendants' counsel has informed the court that plaintiff was provided his legal materials on December 21, 2020. (ECF No. 34.)

Good cause appearing, IT IS HEREBY ORDERED that the deadlines set out in the court's October 4, 2019 Discovery and Scheduling Order are continued as follows:

1. The deadline for conducting discovery, including filing any motions necessary to compel discovery, is continued to April 30, 2020.

2. The deadline for filing pretrial motions, except motions to compel discovery, is continued to July 31, 2020.

3. In all other respects, the October 4, 2019 Discovery and Scheduling Order remains unchanged.

Dated: January 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/stre1083.dso eot