UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY LEE STRELZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JACKSON, et al.,<br><br>        Defendants. | No. 2:19-cv-0183 DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges Eighth Amendment claims of excessive force and deliberate indifference to his serious medical needs when he was incarcerated at California State Prison-Solano. In a document filed here on January 27, 2020, plaintiff appears to be seeking the court's assistance in providing documents that defendants asked plaintiff to produce at his deposition. According to plaintiff that deposition was scheduled for January 31, 2020.

      Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. In forma pauperis status does not include the cost of copies. The Clerk's Office will provide copies of documents at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-441-4396, fax 916-400-4948.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for copies (ECF No. 37) is denied.

Dated: February 5, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/stre0183.copies or