IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY LEE STRELZ,<br><br>             Plaintiff,<br><br>    v.<br><br>JACKSON, et al.,<br><br>             Defendants. | Case No. 2:19-cv-00183 DB<br><br>ORDER |

Plaintiff Brady Strelz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court is defendants' motion to modify the discovery and scheduling order. Good cause appearing, IT IS HEREBY ORDERED that defendants' motion (ECF No. 41) is granted. The deadline to file a dispositive motion is extended to September 29, 2020.

Dated:  August 29, 2020

DLB:9/DB/prisoner-civil rights/stre0183.dso eot(3)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE