UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADY LEE STRELZ,

Plaintiff,

v.

JACKSON, et al.,

Defendants.

No. 2:19-cv-00183-TLN-DB

**ORDER**

Plaintiff Brady Lee Strelz ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 48.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

///

1

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Findings and Recommendations filed December 15, 2020 (ECF No. 48), are ADOPTED IN FULL; and

      2. This action is DISMISSED for Plaintiff's failure to comply with the local rules and with court orders. *See* L.R. 110; Fed. R. Civ. P. 41.

      IT IS SO ORDERED.

Dated: February 15, 2021

Troy L. Nunley
United States District Judge